**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INCORPORATED and TACTICAL ADVANTAGE GROUP, LLC<br><br>Defendants. | )<br>)<br>)<br>) No. 1:15-cv-11517<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ROSS GOOD

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.  I am an attorney at Anderson + Wanca, lead class counsel for Plaintiff PHYSICIANS HEALTHSOURCE, INC. ("Plaintiff"), and the certified class. I am admitted *pro hac vice* in this action. I make this declaration in support of the Motion for Attorney's Fees and Reimbursement of Reasonable Expenses and Service Award. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

2.  Attached as Exhibit 1 is a true and correct copy of Anderson + Wanca's firm resume.

3.  On January 17, 2015, counsel for Plaintiff filed this action on behalf of Plaintiff and the Class against Defendants Vertex Pharmaceuticals Incorporated ("Vertex") and Tactical Advantage Group, LLC ("TAG" and collectively with Vertex, "Defendants") alleging violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227(b)(1)(C) ("TCPA"). Counsel for Plaintiff brought this matter on a purely contingent basis and agreed to advance all necessary expenses knowing that they would only receive a fee if there was a recovery.

4.  On June 11, 2015, Defendants filed their Joint Motion to Dismiss (Doc. 20). On June 25, 2017, Plaintiff filed its Response to Defendants' Joint Motion to Dismiss (Doc. 24). On October 30, 2015, Defendants' Joint Motion to Dismiss was denied (Doc. 37).

5. On November 13, 2015, Defendants separately filed their Answers to Plaintiff's Complaint (Doc. 42 and 43).

6. From July 29, 2016 to September 9, 2016 Plaintiff and Defendants extensively briefed cross-motions for summary judgment (Doc. 72-107). The Court denied all motions for summary judgments on March 28, 2017. (Doc. 125)

7. On September 19, 2017, the parties had an in-person mediation before Judge Stephen E. Neel, (Ret.) but were unable to reach a settlement. Settlement discussions continued after the mediation.

8. On November 22, 2017, Plaintiff filed its motion for class certification. (Doc. 150).

9. On February 2, 2018, Plaintiff and Vertex reached agreement on class-wide settlement. Plaintiff's Motion for Preliminary Approval of Class Action Settlement was filed on February 2, 2018 (Doc. 160).

10. Anderson + Wanca has extensive experience in class action litigation. Our firm has seven attorneys. We have handled TCPA cases since June, 2003. We have negotiated numerous substantial settlement agreements in TCPA actions. We have been certified as class counsel in over 150 TCPA cases. We have litigated insurance coverage issues for TCPA cases in state and/or federal courts in Illinois, Missouri, Kansas, North Carolina, California, Massachusetts, Wisconsin, Michigan, Minnesota, Pennsylvania, New Jersey, Florida, Georgia, and the District of Columbia. We have been appointed as class counsel in TCPA cases in state and/or federal courts in Washington, California, Kansas, Missouri, Minnesota, Wisconsin, Illinois, Ohio, Michigan, Pennsylvania, New Jersey, Rhode Island, Texas, Kentucky, Florida and Massachusetts.

11. This case appears to be the largest junk fax class settlement in the District of Massachusetts. *See Milford & Ford Associates, Inc., et al. v. Cell-Tek, LLC, et al.,* 1:09-cv-11261 ($1,800,000 common fund settlement).

12. Substantial risk was involved in this case as it necessitated a trial due to the denial of cross-motions for summary judgment.

13. In addition, as stated above, this case was taken on a contingency basis. As result, Class Counsel litigated this case not knowing (i) whether transmission logs would justify any class-wide

settlement;  (ii) whether Defendants would assert indemnity coverage from one another; (iii) whether the FCC's regulation requiring opt-out disclosure on "solicited" faxes would be invalidated;[1] (iv) whether Defendants could establish that they obtained "prior express invitation or permission" from fax recipients; (v) whether the Vertex would be liable for the actions of TAG because they did not know the specific identities of the target audience for the fax broadcasting campaign at issue; and (vi) whether the Defendants could defeat class certification[2].

14.     Class Counsel did an enormous amount of work throughout discovery.  Plaintiff answered seven sets of written discovery.  Class Counsel also reviewed over 6,600 pages of documents produced and analyzed complex electronic databases, issued over a dozen subpoenas and engaged in numerous discovery meetings and conferences.

15.     Class Counsel also took or defended ten depositions in three different states, as follows:

- Carrie Jennings (May 10, 2016, Cincinnati, Ohio)
- Kimberly Brown (May 31, 2016, Detroit, Michigan)
- Jeffrey Elwert (June 14, 2016, Cincinnati, Ohio)
- Kathleen Curtis (June 14, 2016, Cincinnati, Ohio)
- John Ruch (June 30, 2016, Cincinnati, Ohio)
- Terrence Garrigan (September 12, 2017, Cincinnati, Ohio)
- Pamela Stephenson (June 28, 2016 and September 18, 2017, Boston, Massachusetts)
- Stephen A. Taglienti (June 28. 2016 and September 18, 2017, Boston, Massachusetts)

---

[1]     At the time, several parties had challenged the validity of the FCC's regulation requiring opt-out disclosures on "solicited" advertisements in § 64.1200(a)(4)(iv). *In re Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 29 F.C.C. Rcd. 13998, 14002 ¶ 10 (Oct. 30, 2014). After the settlement in this case was reached, the Ninth Circuit held that this regulation was "invalidated" by the D.C. Circuit's decision in *Bais Yaakov of Spring Valley v. FCC*, 852 F.3d 1078 (D.C. Cir. 2017); *True Health Chiropractic, Inc. v. McKesson Corp.*, --- F.3d ---, No. 16-17123, 2018 WL 3431723, at *4–5 (9th Cir. July 17, 2018).

[2]     "[T]here are no invariable rules regarding the suitability of a particular case filed under this subsection of the TCPA for class treatment; the unique facts of each case generally will determine whether certification is proper." *Gene and Gene, LLC v. BioPay, LLC*, 541 F.3d 318, 328 (5th Cir. 2008). Although a majority of courts have certified TCPA/junk-fax classes, many have not. *See, e.g.*, *Sandusky Wellness Ctr. v. ASD Specialty Healthcare, Inc.*, No. 16-3741, 863 F.3d 460 (6th Cir. July 11, 2017).

16. Based on my experience in TCPA litigation and the settlement of TCPA class actions, the ability of Class Counsel to analyze the limited transmission logs produced in discovery by Defendants and extrapolate from them the true total number of faxes transmitted on behalf of Defendants was the driving force in ultimately resolving this case.

17. Class counsel incurred expenses of $109,524.75, two (2) times that of a typical TCPA class case. Pursuant to the Settlement Agreement, Class Counsel is only seeking reimbursement of $90,000.00. Expense breakdown as follows:

| EXPENSE | DETAIL | AMOUNT |
| --- | --- | --- |
| TRAVEL | | $ 39,518.48 |
| FILING FEES | Case filing, 6 PHV fees | $ 1,000.00 |
| SERVICE FEES | | $ 415.00 |
| DOCUMENT PRODUCTION | | $ 157.30 |
| DELIVERY FEES | | $ 43.11 |
| EXPERT WITNESS FEES | | $ 40,676.00 |
| DEPOSITION/SUBPOENAS | | $ 5,461.35 |
| LEXIS/PACER | | $ 723.51 |
| Mediation | Judge Stephen E. Neel, (Ret.) | $ 3,275.00 |
| CLASS NOTICE/ ADMINSTRATION FEES | | $ 17,855.00 |
| **TOTAL** | | **$109,524.75** |

18. On March 27, 2018, Class Counsel submitted billing records to the Court that were up to date at the time under seal indicating Class Counsel worked over 1,500 hours on this matter resulting in a lodestar value of $807,148.16. Class Counsel is willing to submit updated billing records to the Court provided they are under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 6, 2018

                                                       /s/ Ross M. Good
                                                       Ross M. Good

**EXHIBIT 1**

# ANDERSON + WANCA
## ATTORNEYS AT LAW

___

### FIRM PROFILE

Founded in 1998, Anderson + Wanca is a boutique class-action law firm practicing in state and federal courts across the country. Anderson + Wanca has been appointed class counsel in over a hundred cases, securing as many class certifications for its clients. Because of the evolving nature of class-action law, Anderson + Wanca has developed a dedicated appellate team, an electronic discovery team, and proprietary software to handle over 100 million pieces of data at once, and has its own in-house notice capabilities. Anderson + Wanca is also one of the few firms with real class-action trial experience. The ability and knowledge to try a class action case gives Anderson + Wanca added skills at the mediation and settlement phase. Our attorneys have decades of class-action experience in all ranges of case sizes and complexities.

### ATTORNEY PROFILES

*Brian J. Wanca*
*Owner*

For over 25 years, Mr. Wanca focused his practice on commercial litigation involving breach of contract, shareholder derivative actions, consumer fraud, employment disputes, among other matters. In 1998, Mr. Wanca established his own firm, Anderson + Wanca, which has since become one of the premier litigation firms in the Chicago area, focusing primarily on consumer class-action cases. He was selected as a SuperLawyer in 2014.

Mr. Wanca attended Rutgers College, Brunswick, New Jersey, where he received a Bachelor of Arts with High Distinction. He graduated in 1976, magna cum laude. He received his J.D. from Indiana University School of Law, Indianapolis, Indiana, graduating in 1979, cum laude. After law school, he clerked for two years with the Honorable S. Hugh Dillon, U.S. District Court, Southern District of Indiana.

**Admissions**
Illinois, 1980
U.S. District Court – Northern District of Indiana, 1979
U.S. District Court – Northern District of Illinois, 1981
U.S. District Court – Central District of Illinois, 2009
U.S. District Court – Southern District of Illinois, 2010
U.S. District Court – Eastern District of Michigan, 2010
U.S. District Court – Western District of Michigan, 2010
U.S. District Court – Western District of Wisconsin, 2010
U.S. District Court – Eastern District of Wisconsin, 2011
U.S. District Court – Northern District of Ohio, 2012

U.S. District Court – Southern District of Indiana, 2014
U.S. District Court – Eastern District of Missouri, 2015

**Memberships**
Chicago Bar Association
Lake County Bar Association
Illinois Bar Association
American Bar Association

## *Ryan Kelly*
## *Attorney*

Ryan Kelly joined the firm in 2005 bringing with him years of experience in insurance defense. His concentration at the firm is in class-action discovery and certification briefing and oral arguments. Mr. Kelly travels extensively for court appearances and depositions across the country. Mr. Kelly has tried several class actions to a judgment, as well as a number of cases that settled eve of trial or during trial.

Mr. Kelly attended the University of Illinois, Champaign/Urbana, earning a Bachelor of Science degree, cum laude, in 1996. He received his J.D. from Loyola University Chicago School of Law in 1999.

**Admissions**
Illinois, 1999
Florida, 2011
U.S. District Court – Northern District of Illinois, 1999
U.S. District Court – Eastern District of Michigan, 2011
U.S. District Court – Western District of Michigan, 2011
U.S. District Court – Eastern District of Wisconsin, 2010
U.S. District Court – Western District of Wisconsin, 2011
U.S. District Court – Southern District of Florida, 2011
U.S. District Court – Middle District of Florida, 2011
U.S. District Court – Northern District of Ohio, 2012
U.S. District Court – Eastern District of Missouri, 2015
U.S. District Court – Northern District of Indiana 2015
U.S. District Court – Connecticut 2017
U.S. District Court – Northern District Florida 2017


**Memberships**
Florida Bar Association
Illinois Bar Association

*Wallace Solberg*
*Attorney*

Mr. Solberg has substantial experience in business and commercial litigation as well as government relations. His extensive experience includes a wide variety of civil litigation matters such as consumer class litigation, civil rights class litigation, contract actions, business torts, consumer fraud, trade secret actions, declaratory judgment actions, employment litigation, employment discrimination, general commercial litigation, and injunctive relief, including enforcement of covenants not to compete, multi-state regulatory actions, defamation actions, real estate litigation including zoning actions, and appellate representation.

Mr. Solberg received his J.D. from the Chicago-Kent College of Law in 1986. Before law school, he attended the University of Illinois, Champaign/Urbana, receiving a Bachelor of Arts degree in History.

**Admissions**
Illinois, 1986
U.S. District Court – Northern District of Illinois, 1988
U.S. District Court – Central District of Illinois, 1990
U.S. District Court – Western District of Michigan, 2014
U.S. District Court – Eastern District of Michigan, 2014
U.S. District Court – Northern District of Ohio, 2014
U.S. Court of Appeals – 7th Circuit, 1988
U.S. Court of Appeals – 6th Circuit, 2015

*Jeffrey A. Berman*
*Attorney*

Mr. Berman brings over 27 years of litigation experience to the firm. He has handled cases of all kinds throughout the country. At Anderson + Wanca, he is concentrating his practice on overcoming insurance defense class action issues to recover benefits for class members and class action appeals.

Mr. Berman received a Bachelor of Science degree in Accountancy, with honors, in 1984 from the University of Illinois, Champaign/Urbana. He is an Illinois Certified Public Accountant. Mr. Berman received his J.D. degree from the University of Illinois, graduating in 1987 magna cum laude.

**Admissions**
Illinois, 1987
U.S. District Court – Northern District of Illinois, 1987
U.S. District Court – Central District of Illinois, 1990

U.S. District Court – Eastern District of Michigan, 2012
U.S. District Court – Western District of Michigan, 2013
U.S. District Court – Eastern District of Wisconsin, 2012
U.S. District Court – Eastern District of Missouri, 2016
U.S. District Court – District of Columbia, 2016
U.S. District Court – Northern District of Indiana, 2017
U.S. Court of Appeals – 1st Circuit, 2013
U.S. Court of Appeals – 3rd Circuit, 2015
U.S. Court of Appeals – 6th Circuit, 2013
U.S. Court of Appeals – 7th Circuit, 1990
U.S. Court of Appeals – 8th Circuit, 2014
U.S. Court of Appeals – 10th Circuit, 2014
U.S. Court of Appeals – 11th Circuit, 2013
U.S. Court of Appeals – D.C. Circuit, 2014
U.S. Supreme Court – 2013

### *Glenn L. Hara*
### *Attorney*

Mr. Hara focuses on class-action litigation and appeals. He joined Anderson + Wanca in 2013, bringing 10 years of experience prosecuting and defending a wide range of class actions, including ERISA class actions, securities fraud class actions, and constitutional class actions, *e.g.*, *Sogg v. Zurz*, 905 N.E.2d 187 (Ohio 2009) (argued) (establishing State of Ohio unconstitutionally failed to pay interest to unclaimed-property claimants from 1991 through 2009).

Mr. Hara has handled a number of high profile class actions involving the federal Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Truth-in-Lending Act (TILA), and other federal and state laws regulating the consumer-credit industry.

Mr. Hara is past Chair of the Chicago Bar Association Class Litigation Committee. He earned his undergraduate degree from DePaul University in 1997 and graduated, cum laude, from Loyola University Chicago School of Law in 2003, where he was student articles editor of the Loyola Consumer Law Review.

**Admissions**
Illinois, 2003
U.S. District Court – Northern District of Illinois, 2003
U.S. District Court – Southern District of Illinois, 2005
U.S. District Court – Eastern District of Wisconsin, 2006
U.S. District Court – Southern District of Indiana, 2011
U.S. District Court – Western District of Michigan, 2014
U.S. District Court – Eastern District of Michigan, 2014

U.S. District Court – Northern District of Ohio, 2014
U.S. Court of Appeals – 1st Circuit, 2013
U.S. Court of Appeals – 2nd Circuit, 2014
U.S. Court of Appeals – 4th Circuit, 2016
U.S. Court of Appeals – 6th Circuit, 2015
U.S. Court of Appeals – 7th Circuit, 2010
U.S. Court of Appeals – 8th Circuit, 2015
U.S. Court of Appeals – 9th Circuit, 2016
U.S. Court of Appeals – 11th Circuit, 2017
U.S. Court of Appeals – D.C. Circuit, 2014

**Memberships**
American Bar Association
Chicago Bar Association
Chair, Chicago Bar Association Class Litigation Committee 2010–2011


*Ross Good*
*Attorney*

Ross Good received his J.D. from The John Marshall Law School in 2013. Mr. Good has helped develop the firm's electronic discovery capabilities and in-house notice services. Mr. Good concentrates in class-action discovery and briefing.

Mr. Good attended the University of Illinois, Champaign/Urbana, where he earned his Bachelor of Arts in Political Science. He interned with Congressman Zack Space (D-Ohio) from January through May 2009, in Washington, D.C.

**Admissions**
Illinois, 2013
Florida, 2015
U.S. District Court – Northern District of Illinois, 2013
U.S. District Court – Northern District of Ohio, 2014
U.S. District Court – Eastern District of Michigan, 2014
U.S. District Court – Western District of Michigan, 2015
U.S. District Court – Eastern District of Missouri, 2015
U.S. District Court – Western District of Wisconsin, 2015
U.S. District Court – Southern District of Florida, 2015
U.S. District Court – Middle District of Florida, 2015
U.S. District Court – Central District of Illinois, 2016
U.S. District Court – Northern District of Indiana, 2016

*Patrick Solberg*
*Attorney*

Patrick Solberg joined the firm in 2016.  Prior to joining the firm, Mr. Solberg acquired extensive experience in civil litigation while working as an Assistant Attorney General for the State of Illinois, representing officials and agencies of the State in the Circuit Courts of Illinois, the Northern District of Illinois and before the Illinois Civil Service Commission.  At Anderson + Wanca, Mr. Solberg focuses on class-action litigation, including all phases of discovery disputes.

Mr. Solberg attended the University of Illinois, Champaign/Urbana, earning a Bachelor of Arts degree in 1994. He received his J.D. from Northwestern University School of Law in 1997.

**Bar Admissions**
Illinois Supreme Court
U.S. District Court – Northern District of Illinois