# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the putative representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INCORPORATED, TACTICAL ADVANTAGE GROUP, LLC and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:15-cv-11517-JCB |

## JUDGMENT

March 21, 2019

Boal, M.J.

    In accordance with this Court's Final Order Approving Class Action Settlement dated September 17, 2018 and this Court's Order on Plaintiff's Petition for an Award of Attorney's Fees, Reimbursement of Expenses, and Named Plaintiff's Incentive Award dated March 21, 2019, it is hereby ordered that the above-entitled action be and hereby is dismissed.

                                                          /s/ Jennifer C. Boal
                                                          Honorable Jennifer C. Boal
                                                          United States Magistrate Judge