**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-11517-JCB |
| | ) | |
| v. | ) | |
| | ) | Magistrate Jennifer C. Boal |
| VERTEX PHARMACEUTICALS INCORPORATED, TACTICAL ADVANTAGE GROUP, LLC and JOHN DOES 1-10, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING COURT'S ORDER (DOC. 199)

Plaintiff Physicians Healthsource, Inc. respectfully requests this Court clarify its March 21, 2019 Order. (Doc. 199). In support thereof, Plaintiff states the following:

1.    Plaintiff submitted the quote for Hooper, Lundy & Bookman in this matter. (Doc. 221-1).

2.    This Court determined that Plaintiff "has provided no invoices or any other proof that the retainer and other fees were actually paid." (Doc. 222).

3.    Plaintiff submitted the quote for class administration from Class-Settlement.com in this matter. (Doc. 221-2).

4.    This Court determined that "[t]here is no evidence that those were the actual fees incurred or that PHI has actually paid them." (Doc. 222).

5.    Attached hereto as Exhibit 1 is the Declaration of Dorothy Sue Merryman which confirms that the $17,855 quoted for class administration was paid for class administration on June 13, 2018.

6.      Attached hereto as Exhibit 2 is the Declaration of Ross Good which confirms Plaintiff's Counsel "paid Class-Settlement.com $17,855.00 for class administration services in this matter."

WHEREFORE, Plaintiff respectfully requests this Court clarify what additional documentation, if any, is necessary for this Court to reimburse expert fees to Hooper, Lundy, & Bookman and the class administration costs in this matter.

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons

s/ Ross M. Good
Ross M. Good (*admitted pro hac vice*)
Brian J. Wanca *admitted pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
847-368-1500 / 847-368-1501(fax)
rgood@andersonwanca.com
Matthew E. Stubbs (*admitted pro hac vice*)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 241-4722 / (513) 241-8775 (fax)
mstubbs@mrjlaw.com

Alan L. Cantor (072360)
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108
(617) 742-1900 / (617) 367-7193 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Filing System.  Party/parties may access this filing through the Court's System.

<u>*/s/* Ross M. Good            </u>